# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
3:04 MC 148-MU

IN RE: OFFICIAL COURT CLOSINGS FOR 2004

**THIS MATTER** is before the Court upon its own motion. The Western District of North Carolina Judiciary Branch will be closed on the following dates:

1) Thursday, November 25, 2004 & Friday, November 26, 2004
2) Friday, December 24, 2004 & Monday, December 27, 2004
3) Friday, December 31, 2004

**IT IS SO ORDERED.**

This the 14th day of Oct, 2004

GRAHAM C. MULLEN
CHIEF U. S. DISTRICT JUDGE